# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: _____
County/Parrish: _____

**Related Case Information:**
Superseding ____ Docket Number _____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number  13-MJ-42
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed   ____ Yes   ✓ No
Def. Name: Benjamin R. Minor
Alias Name: _____
City/State: Mazomanie, WI
Year of Birth: 1976
Sex: M        Race: W
Last 4 digits of SSN  4295

13 CR 58

MAY 15 2013

**U.S. Attorney Information:**
AUSA: JULIE S. PFLUGER       Bar #: _____
Interperter: ✓ No ____ Yes   List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
____ Already in Federal Custody as of: _____ in _____
✓ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts:  4     ____ Petty   ____ Misdemeanor   ✓ Felony
                                        ____ Class A
                                        ____ Class B
                                        ____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC §2252(a)(2) | distribution of child pornography | 1, 2 |
| Set 2 | 18 USC §2252(a)(4)(B) | possession of child pornography | 3 |
| Set 3 | 18 USC §1470 | attempted interstate transfer of obscene matter to minor | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature of AUSA   /s/ JULIE S. PFLUGER