# WARRANT OF ARREST

| **United States District Court** | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Benjamin R. Minor<br><br>Defendant. | DOCKET NO. **13 CR 58**   MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Benjamin R. Minor<br>c/o Dane County Jail |

Warrant Issued on the Basis of:

✓ Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

distribution of child pornography, possession of child pornography, attempted interstate transfer of obscene matter to minor

IN VIOLATION OF TITLE:   18 U.S.C. Section(s) 2252(a)(2), 2252(a)(4)(B) and 1470

Bail:  DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>Peter Oppeneer | (By) Deputy Clerk | Date Issued:<br>5/16/2013 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |