

# U.S. Department of Justice

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

May 22, 2013

Mr. Michael Lieberman
Federal Defender Services of Wisconsin, Inc.
222 West Washington Avenue, Suite 680
Madison, WI 53703

    Re:    *United States v. Benjamin Minor*
            Case No. 13-cr-058-bbc

Dear Attorney Lieberman:

    Pursuant to the government's discovery obligations under the Federal Rules of Criminal Procedure, you are being provided with a Discovery CD containing documents designated pages 1-518.

    I have some additional discovery (pornographic images) that you can view at our office at an agreed upon time. Discovery of items containing child pornography will be handled in accordance with the restrictions and obligations set forth in 18 U.S.C. § 3509(m).

    If you have any questions, please feel free to contact me.

                               Very truly yours,

                               JOHN W. VAUDREUIL
                             United States Attorney

                             By:    /s/
                             JULIE S. PFLUGER
                             Assistant U.S. Attorney

Enclosures

cc:      Magistrate Judge Stephen L. Crocker