

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

*Address:*
*Suite 303, City Station*
*660 West Washington Avenue*
*Madison, Wisconsin 53703*

September 17, 2013

Lori Baker
U.S. Probation Officer
United States Probation and Parole
222 West Washington Avenue, Suite 340
Madison, WI  53703

      Re:    *United States v. Benjamin Minor*
              Case No. 13-cr-58-bbc

Dear Ms. Baker:

      Please be advised that I have reviewed the presentence report prepared in the above-captioned case.  The government has no formal objections to file to the presentence report.

                          Very truly yours,

                          JOHN W. VAUDREUIL
                          United States Attorney

                          By:   /s/
                          JULIE S. PFLUGER
                          Assistant U.S. Attorney

cc:    U.S. District Judge Barbara B. Crabb
       Attorney Michael Lieberman