**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
120 North Henry Street
Post Office Box 432
Madison, Wisconsin 53703-0432

*APPEAL INFORMATION PACKET*

Enclosed in this packet you will find 2 forms:

1. **Seventh Circuit Transcript Information Sheet**
   The appellant shall complete a transcript form whether or not a transcript is ordered. Return the form to the DISTRICT COURT at the above address. If you are an attorney, you may file the completed form electronically under the appeals documents area, "Transcript Request Form" event in CM/ECF. If you are a CJA appointed attorney, please contact our office for a CJA 24 form or print it from the district court website at http://www.wiwd.uscourts.gov.

2. **Docket Sheet**
   The docket sheet is available through PACER. The docket sheet lists all the pleadings, hearings, depositions, and transcripts filed in this case. (Only sent to pro se appellants.)

---

PLEASE REVIEW <u>CIRCUIT RULE 10</u>
   This rule explains the preparation of the record that is sent to the appeals court. Also review the Federal Rules of Appellate Procedure & Seventh Circuit Rules. Their rules can also be obtained from their website at http://www.ca7.uscourts.gov.

PLEASE REVIEW <u>CIRCUIT RULE 3(c)(1)</u>
   This rule explains the DOCKETING STATEMENT.

PLEASE REVIEW <u>CIRCUIT OPERATING PROCEDURE 10</u>
   This rule explains that documents sealed in the district court will become a public record on appeal unless sealed by that court or pursuant to statute or rule of procedure.

---

**EXHIBITS**
   Counsel must ensure that exhibits to be included in the record that are not in the possession of the district court clerk are furnished to the clerk within ten days after the filing of the notice of appeal. Counsel will be responsible for sending bulky exhibits to the court of appeals. Please contact the clerk's office with any questions.

| REFER QUESTIONS TO: | Marlene Olson | or | U.S. Court of Appeals |
|---|---|---|---|
| | Appeals Clerk | | Seventh Circuit |
| | (608) 261-5712 | | (312) 435-5850 |

Revised 6/18/10

| SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET |||
|---|---|---|
| **PART I** - Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules.  The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether a transcript is being ordered or not.  (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time.  (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.) |||
| Short Title | District | D.C. Docket No. |
|  | District Judge | Court Reporter |
| ☐ I am ordering transcript.<br>☐ I am not ordering transcript, because:<br>☐ The transcript has been prepared. | Sign below and return original and one copy To court reporter.  Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself. ||

Indicate proceeding for which transcript is required.  Dates must be provided:     Date(s)

☐ Pre-trial proceeding. *Specify:* _____     _____

☐ Voir Dire     _____

☐ Trial or hearing. *Specify*: _____     _____

☐ Opening statement     _____

☐ Instruction conference     _____

☐ Closing statements     _____

☐ Court instructions     _____

☐ Post-trial proceedings. *Specify:* _____     _____

☐ Sentencing     _____

☐ Other proceedings. *Specify:* _____ _____

Method of Payment:     Cash     Check or Money Order     C.J.A. Voucher
Status of Payment:     Full Payment     Partial Payment     No Payment Yet

Signature: _____     Telephone No. _____

Address: _____
_____
_____     Date: _____

**PART II** - Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.
 By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|

Signature of Court Reporter: _____     Date: _____

**NOTICE**: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor."  The penalty is 20 percent for transcript not delivered within 60 days.

Copies to: Court Reporter, then sent to U.S.C.A. Clerk; District Court Clerk; and Service Copies.