IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    v.                                            Case No. 13-CR-58-BBC

BENJAMIN MINOR,

            Defendant.

---

Government Response to Petition for Hearing to
Adjudicate Validity of Alleged Interest in Property

On October 28th, 2013, Sarah Ropson filed a complaint against the United States of America in what was docketed as 13-cv-00746-bbc. On November 19, 2013, this complaint was converted to a Petition for Hearing to Adjudicate Validity of Alleged Interest in Property under 13-cr-58-bbc. In the petition, Ms. Ropson requests the return of property that was seized during a search warrant that involved her x-boyfriend, Benjamin Minor. On November 11, 2013, Wisconsin Department of Justice, Division of Criminal Investigations Special Agent Mary Van Schoyk met with Ms. Ropson to determine what property she was requesting. SA Von Schoyk returned to Ms. Ropson four cell phones, an iPod, a Kindle, two thumb drives, a digital media player, and several disks. Additionally, SA Van Schoyk allowed Ms. Ropson to copy non-contraband information off of a Seagate external hard drive. SA Van Schoyk did not return several items to Ms. Ropson because they contained evidence and/or contraband. The items that were not returned to Ms. Ropson are: two cell phones, a Lenovo laptop, a HP laptop,

and a Seagate external hard drive.   Additionally, an xbox was not returned to Ms. Ropson because forensic analysis was not complete on that item.   The xbox may be able to be returned to Ms. Ropson at a future date after forensic analysis is complete.

The Government believes that an agreement has been reached with Ms. Ropson regarding the return of property and that this agreement moots the complaint/motion that she filed.

Dated this 19th day of November, 2013

>Respectfully submitted,
>
>JOHN W. VAUDREUIL
>United States Attorney
>
>By:    /s/
>JULIE PFLUGER
>Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document(s) to be filed electronically with the Clerk of Court through ECF, and since all participants in the case are not registered CM/ECF users that service will be accomplished by United States mail addressed to the person(s) hereinafter named at the place(s) and address(es) stated below which is/are the last known address(es).

Sarah Ropson
17 Marion Street
Mazomanie WI 53560

>/s/
>JUDY SESTON

2