IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SARAH ROPSON,

                                          ORDER

        Plaintiff,

                                         13-cv-746-bbc

   v.

UNITED STATES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                          ORDER

        Plaintiff,

                                         13-cr-58-bbc

   v.

BENJAMIN MINOR,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On November 19, 2013, Sarah Ropson filed a petition under § 853(n)(2) for a hearing to adjudicate the validity of her alleged interest in the property seized from her former roommate, defendant Benjamin Minor, at the time of his arrest. I ordered the government to respond to the petition and it responded by advising that it had reached an agreement with Ms. Ropson on the return of the property alleged in her petition. In an order entered on November 19, 2013, I gave Ms. Ropson until December 2, 2013, in which

to advise the court in writing if she disagreed with the government's assertion that an agreement was reached with the government. As of the date of this order, Ms. Ropson has not filed an objection with the court. Accordingly, I consider the matter resolved.

ORDER

IT IS ORDERED that Sarah Ropson's petition under § 853(n)(2) for a hearing to adjudicate the validity of her alleged interest in the property is DENIED as moot.

Entered this 6th day of December, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge